FILED
JAN 12 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
(WASHINGTON, D.C. DIVISION)

FRANK A. SKINNER
Inmate No. 02727-025
    Plaintiff,
USP-Hazelton
PO Box 2000
v. Bruceton Mills, WV 26525

OFFICE OF INFORMATION AND PRIVACY
    and
FEDERAL BUREAU OF PRISON
    Defendants.

Civil Action No._____
pursuant to 5 U.S.C.§ 552;
552a
FREEDOM OF INFORMATION AND
PRIVACY ACT COMPLAINT
[Medical Records]

## JURISDICTION

This Action pursuant to the Freedom Of Information and Privacy Act 5 U.S.C. §§ 552,552a based on release of "Medical Records" held at the United States Penitentiary Hazelton in Bruceton Mills, West Virginia 26525. A federal prisoner, inmate Frank A. Skinner, Reg. 02727-025 under custody of the U.S. Attorney General sought these files through the Federal Bureau Of Prisons and appealed upon the Office Of Information And Privacy located in Washington, D.C. **United States Dept. of Justice v. Julian,** 486 U.S. 1, 100 L.Ed.2d 1, 108 S.Ct. 1606 (1988) FOIA, an inmate is entitled to a copy of his or her own medical records from the B.O.P.

### Procedural History

On May 23, 2005 plaintiff provided an Inmate Request To Staff BP-A148.055 which went unanswered in the local institution. Then plaintiff filed a F.O.I.A./PA. request on October 21, 2005 to the

RECEIVED
DEC 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER 1:07CV00091
JUDGE: Richard W. Roberts
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 01/**/2007

1

B.O.P., Bureau Of Prison's. The agency forward it to the Mid-Atlantic Region, in response releasing (3) pages responsive to the request without advising legal <u>appeal rights</u>. Plaintiff filed December 27, 2005 a second request clarifying the absentia to his medical records. This request was ignored after (20) twenty days and an appropriate appeal was filed January 21, 2006 to the Office Of Information Privacy. Program Statements, P.S. 1351.04, Release of Information are design so that P.S. 6000.05, Health Service Manual governs release and disclosure on medical records procedure.

## STATEMENT OF FACT

On May 23, 2005 plaintiff personally handed V. Puri, Health Care Administrator, 11:30am. (lunch time) a Inmate Request Form "Cop Out" to release his medical records at U.S.P. Hazelton. **Exhibit A.** Inwhich such request is considered refuse or denied information by no response. Then plaintiff filed to Wanda M. Hunt, Chief F.O.I.A./PA. Unit, request October 21, 2005, to the Federal Bureau Of Prison's in Washington D.C. **Exhibit B.** The Mid-Atlantic Regional Counsel Richard W. Schott, responded releasing (3) three pages, **Exhibit C.**, but the initial request states also, I request reference the medical records. A second request file to Wanda M. Hunt correct any misunderstanding for absent release of these files on December 27, 2005. **Exhibit D.** Finally, January 21, 2006 plaintiff appeal to the Office Of Information And Privacy No.2006-00793. **Exhibit E.** On February 7, 2006, Priscilla Jones Chief, Administrative Staff logged No. 06-1117 process, **Exhibit F.**, and after

(2)

(10) ten months passed, Daniel J. Matcalfe affirmed the Bureau Of Prisons actions to deny plaintiff's first request December 11, 2006, the dissatisfied action is brought for Judical review in accordance with 5 U.S.C. § 552(a)(4)(B). **Exhibit G.**

## RELIEF SOUGHT

1. Release of (Medical Records, reports, diagnostical, referrals-MRI, Urinologists, photo's and ultrasound readings) in it's entirty and any letter heads addressed concerning Tort Claim No. TRT-MXR-2005-03222.

2. Provide Copy to (United States District Court District Of Columbia, 333 Constitution Ave., N.W. 20001) pertinent to disclosure on Civil Action No. 05-2237(RWR) by 28 C.F.R.§ 513.33, Production Of Documents For Court.

3. The Supreme Court noted the courts reluctance to give a third party access to information prepared for another individual in the absence of a showing of special need. However, the Court held that similar restriction on discovery is not applicable when the individual requesting discovery is the subject of the medical records.

4. Payment for litigation cost, attorney fee's etc.

## DECLARATION

I, _FRANK A. SKINNER_ declare under penalty of perjury that the information herein is true and correct to the best of my knowledge, **Declaration pursuant to 28 U.S.C.§ 1746 and Title 18 U.S.C.§ 1621.**

Executed at _U.S. PENITENTIARY HAZELTON_ this _16_ day of _DECEMBER_ 2006.

Respectfully Submitted,

*Frank A. Skinner*
Frank A. Skinner
Reg. No. 02727-025
U.S.P. Hazelton
Official P.O. box 450
Inmate Box 2000
Bruceton Mills, WV 26525


## CERTIFICATE OF SERVICE

I, hereby certify the information therein to be served on the following describe below through the United States Postal service:

1. Clerk Office
   UNITED STATES DISTRICT COURT
   DISTRICT OF COLUMBIA
   U.S. COURTHOUSE 3rd & CONSTITUTION AVE., N.W.
   WASHINGTON D.C. 20001

2. Daniel J. Matcalfe, Director
   OFFICE OF INFORMATION AND PRIVACY
   FLAGG BUILDING SUITE 570
   WASHINGTON, D.C. 20530

3. Harley Lappin, Director
   FEDERAL BUREAU OF PRISON'S
   320 FIRST STREET, N.W.
   WASHINGTON, D.C. 20534


DATE: December 16, 06                          *Frank A. Skinner*
                                                    In Pro se

(4)

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

07-91
RWR

### I (a) PLAINTIFFS

FRANK A. SKINNER

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

### DEFENDANTS

Office of Information + Privacy ETAL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

AT

CASE NUMBER  1:07CV00091
JUDGE: Richard W. Roberts
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 01/12/2007

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP FOR PLAINTIFF A

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/ Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>Social Security:<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>Other Statutes<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

### ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>■ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

(4)

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 552 - F.O.I.A.

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☐ NO   If yes, please complete related case form.

DATE 1-12-07   SIGNATURE OF ATTORNEY OF RECORD   NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

EXHIBIT [A]

BP-A148.055
SEP 98
INMATE REQUEST TO STAFF

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Health Care Admr. V. Puri | DATE: 5/23/2005 |
|---|---|
| FROM: F. SKINNER | REGISTER NO.: 02727-025 |
| WORK ASSIGNMENT: (CMPD) orderly | UNIT: F-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

On May 23, 05 the Health Service Dept. R.N. #3 Boydes spoke about a BP-9 filed about my medical condition. Due to this incident I request a complete copy of my Medical Records pursuant to Freedom Information/ 28 C.F.R. § 513.50 Privacy Act.

Thank You

NOTE: c.c.

(Do not write below this line)

DISPOSITION:

07 0091
FILED
JAN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Signature Staff Member    Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

SECTION 6

Federal Bureau Of Prisons
320 First Street, N.W.
Room 843 HOLC Building
Washington, D.C 20534
Attn: FOIA/ Privacy Act Office
RE: F.T.C.A. - No. **TRT-MXR-2005-03222**

October 21, 2005

Dear Wanda M. Hunt,
    Chief,FOIA/PA Section

    I request under 5 U.S.C.§ 552 and § 552a the copy of the Form 95 Tort Claim filed May 31,2005 to the Mid-Atlantic Regional Office, 10010 Junction Dr. Suite 100 Ammapolis Junction, Md. 20701. The complaint was based on personal injury/medical records. Also, I request all or any letter heads addressed, and the original response **not** received toward denial.

    [ Attached is the Certification of Identity ]

Thank You for your consideration

*Frank A. Skinner* (signature)
Frank A. Skinner
Reg. No. 02727-025
USP- HAZELTON
Box 2000
Burceton, Mills WV.
    26525

07 0091
**FILED**
JAN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S. Department of Justice                     **Certification of Identity**         

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] _FRANK ADOLPHUS SKINNER JR._

Citizenship Status [2] _(UNITED STATES) AMERICAN_      Social Security Number [3] _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_

Current Address _U.S. PENITENTIARY HAZELTON, BOX 2000/BRUCETON MILLS, WV 26525_

Date of Birth _APRIL 17, 1963_      Place of Birth _ST. LOUIS, MO._

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _Frank A. Skinner_      Date _October 21, 2005_

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

**Print or Type Name**

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016                                             FORM DOJ-361
EXPIRES 2/29/04                                                              APR.01



**U.S. Department of Justice**

Federal Bureau of Prisons

*Mid-Atlantic Regional Office*

---

*10010 Junction Drive, Suite 100-N*
*Annapolis Junction, MD 20701*

DEC 2 1 2005

Frank Skinner
Reg. No. 02727-25
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV  26525

Re:   FOI Request No. 2006-00793

Dear Mr. Skinner:

This is in response to your recent letter, requesting copies of Federal Bureau of Prisons records.  Specifically, you request a copy of Administrative Tort Claim No. TRT-MXR-2005-03222, filed May 31, 2005, and the response.

We have located 3 pages responsive to your request and have determined that all 3 pages are releasable to you in their entirety.

Sincerely,

Richard W. Schott
Regional Counsel

Enclosure

07 0091
**FILED**
JAN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT [D]

Federal Bureau of Prisons
320 First Street, N.W.
Room 843 HOLC Building
Washingtonm D.C. 20534
Attn: FOIA/Privacy Act Office
RE: FOI Request No. **2006-00793**

December 27, 2005

Dear Wanda M. Hunt,
   Chief, FOIA/PA Section
   I requested under 5 U.S.C.§ 552 and § 552a the medical records, all or any letter heads addressed which your office refused to release concerning Tort Claim No. TRT-MXR-2005-03222 pertinent for disclosure on Civil Action No. 05-2237 (RWR). Please comply!

                                        Sincerely,

                                        *Frank A. Skinner*
                                        **Frank A. Skinner**
                                        Reg. No. 02727-025
                                        USP-Hazelton
                                        P.O. Box 2000
                                        Bruceton Mills, WV 26525

07 0091
**FILED**
JAN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S. Department of Justice                    Certification of Identity              

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  __FRANK ADOLPHUS SKINNER JR.__

Current Address  __U.S. PENITENTIARY HAZELTON, BOX 2000 / BRUCETON MILLS, WV 26525__

Date of Birth  __APRIL 17, 1963__

Place of Birth  __ST. LOUIS, MO.__

Social Security Number [2]  __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__

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3]  __Frank A. Skinner__                         Date __December 27, 2005__

Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/01

FORM DOJ-361
FEB. 98

EXHIBIT [E]

FREEDOM OF INFORMATION "APPEAL LETTER"

FOI/PA Request No. 2006-00793    Date: Jan 21, 06

To: CO-Director, OFFICE OF    From: Frank A. Skinner
    INFORMATION AND PRIVACY    Reg. No. 02727-025  Unit F1
    Flag Building Suite 570    BOX PMB 2000/ USP Hazelton
    Washington D.C. 20530         Bruceton Mills, WV. 26525

This is an "Administrative Appeal" under the Freedom of Information Act, Title 5 U.S.C. § 552(a)(6), and pursuant to 28 C.F.R. § 16.8.

On Dec 21, 2005 I received a letter from B.O.P. Mid-Atlantic Regional Office of your agency denying my request for F.T.C.A. Form/Medicalrecords, all or any letter heads addresses concerning Tort Claim No. TRT-MXR-2005-03222

This reply indicated that an "appeal letter" could be sent to you. I am enclosing a copy of my exchange of correspondence with your agency so that you can see exactly what files I have requested and the insubstantial grounds on which my request has been denied.

You will note that your agency has withheld the [entire] or [nearly entire] documents that I requested. Since the FOIA provides that "any reasonably segregable portion of a record shall be provided to any person requesting such record after deletion of the portions which are exempt,..." I believe that your agency has not complied with the FOIA. I believe that there must be additional segregable portions which do not fall within the FOIA exemptions and which must be released.

Your agency has used the _____ exemptions to withhold information. [describe specific arguments of exemptions claimed of items withheld from the documents you received.][attach extra pages if needed]

(3) pages located was specify for release. But officials avoid request of Medical Records without appeal notice. Additional request to comply is attached toward disclosure, twenty days has expire.

If you choose to continue to withhold some of all of the material which was denied in my initial request to your agency, I ask that you send me an index of such material, [Vaughn Index, see Vaughn v. Rosen, 484 F.2d 820, (D.C. Cir. 1973) together with the justification for the denial of each item which is still withheld.

I expect a reply within the twenty working-day time limit pursuant to Title 5 U.S.C. § 552(6)(A)(ii). Please be advised that any refusal to comply with the FOI/PA requirements will lead to a lawsuit.

Sincerely,

07 0091
FILED
JAN 1 2 2007

Frank A. Skinner
Signature of Requestor

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642                              Washington, D.C. 20530

FEB 0 7 2006

Mr. Frank A. Skinner
Register No. 02727-025, Unit F1
United States Penitentiary-Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

    Re: Request No. 2006-00793

Dear Mr. Skinner:

    This is to advise you that your administrative appeal from the action of the Federal Bureau of Prisons was received by this Office on January 30, 2006.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **06-1117**. Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

                                    Sincerely,

                                    Priscilla Jones
                                    Chief, Administrative Staff

**EXHIBIT [G]**

U.S. Department of Justice

Office of Information and Privacy

Telephone: (202) 514-3642     Washington, D.C. 20530

DEC 1 1 2006

Mr. Frank A. Skinner
Register No. 02727-025
United States Penitentiary          Re:   Appeal No. 06-1117
Post Office Box 2000                      Request No. 06-00793
Bruceton Mills, WV 26525                  JTR:SRO

Dear Mr. Skinner:

You appealed from the action of the Mid-Atlantic Regional Office of the Federal Bureau of Prisons (BOP) on your request for access to records pertaining to tort claim number TRT-MXR-2005-03222. I note that you have limited your appeal to BOP's alleged failure to provide you with medical records related to this tort claim.

After carefully considering your appeal, I am affirming BOP's action on your request. BOP processed and released to you all records that it could locate responsive to your request. Accordingly, there are no further records responsive to your request.

I note that in your letter dated December 27, 2005, and on appeal, you assert that your initial request included medical records. You may not on appeal expand the scope of your initial request, which did not include a request for medical records. Rather, it appears that you requested your medical records from your local institution on May 23, 2005. If your local institution has not released to you those records, you may submit a new Freedom of Information Act request directly to BOP for your medical records:

> Wanda M. Hunt, Chief, FOIA Section
> FOIA/Privacy Act Requests
> Federal Bureau of Prisons
> Department of Justice
> Room 841, HOLC Building
> Washington, DC 20534

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Daniel J. Metcalfe
Director

07 0091
**FILED**
JAN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT