**All prisoners will now be required to pay a full filing fee of $250.00. Prisoners seeking to proceed in forma pauperis (without the prepayment of fees) are now required to submit with their complaints a certified copy of their trust fund account statement for the prior six month period. 28 USC §1915 as amended.**

FILED
JAN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FRANK A. SKINNER #02727-025
(Petitioner/Plaintiff)

STATEMENT OF ASSETS

vs.

OFFICE OF INFORMATION AND PRIVACY, et. al.
(Respondent/Defendant)

07 0091

I, FRANK ADOLPHUS SKINNER, declare that I am the petitioner in the above-styled proceeding; that in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding, or give security therefor; that I believe I am entitled to relief.

In support of my in forma pauperis application, I answer the following questions:

1. Are you presently employed? ____Yes  _X_ No

    If yes, what is your monthly income? __N/A__

    If no, state the date of your last employment. _2-1-06_

2. Have you received any money in the last twelve months from the following sources?
   Business, Profession, Self-Employment:      ____Yes  _X_ No
   Rent Payments, Interest or Dividends:        ____Yes  _X_ No
   Pensions, Annuities or Life Insurance:       ____Yes  _X_ No
   Gifts or Inheritances:                       ____Yes  _X_ No
   Any Other Sources:                           _X_ Yes  ____No

   If the answer to any of the above is Yes, please state the source and amount of each received during the past year. _Evelyn Johnson (Stepmother) $25.00_

3. Do you own any cash, or have any money on hand - Include any funds held in Prison Accounts.

   ____Yes  _X_ No   If Yes, State the Value  _N/A_

4. Do you own any real estate, stocks, bond, notes, automobiles or other valuable property - (excluding clothing and ordinary household furnishings)?

   ____Yes  _X_ No   If Yes, State the Value  _N/A_

5. List the persons who are dependant upon you for support. State your relationship to same and indicate how much you contribute toward their support.
   _Sheria C.S. Gipson and Laquita Hatcher/Daughters - Whatever I can._

I declare under penalty of perjury that the foregoing is true and correct and have attached a certified copy of my inmate trust fund account statement for the last six months in support of this request to proceed without the payment of fees.

DATED: _Dec. 17, 2006_   SIGNED: _Frank A. Skinner_

**RECEIVED**
DEC 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3

# Inmate Statement

[PRINT]

| Inmate Reg #: | 02727025 | Current Institution: | Hazelton USP |
|---|---|---|---|
| Inmate Name: | SKINNER, FRANK | Housing Unit: | A |
| Report Date: | 12/17/2006 | Living Quarters: | A01-111L |
| Report Time: | 2:46:58 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| HAZ | 10/17/2006 6:16:28 PM | ITS2CONV | | | Phone Rev With Rel | $0.30 | | $0.80 |
| HAZ | 4/26/2006 12:59:57 PM | 31 | | | Sales | ($24.80) | | $0.50 |
| HAZ 1 | 4/13/2006 5:19:46 AM | 70155501 | | | Lockbox - CD | $25.00 | | $25.30 |
| | Total Transactions: 3 | | | | | | | |
| | | | | | Totals: | $0.50 | $0.00 | |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| HAZ | $0.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.80 |
| Totals: | $0.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.80 |

*No Funds* [handwritten]