**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Office of Information and Privacy
Flagg Building Suite 570
Washington, DC 20530

Civil Action, File Number __CA-07-0091 RWR__

__Frank A. Skinner__
V.
__Office of Information and Privacy__

pursuant to the Federal Rules of Civil Procedure.

part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___. Keep copy 3 for your records.

WLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ___her entity, you must indicate under your signature your relationship to that entity. If ___thorized to receive process, you must indicate under your signature your authority.

of this form to the sender within ___ days, you (or the party on whose behalf you ___curred in serving a summons and complaint in any other manner permitted by law.

his form, you (or the party on whose behalf you are being served) must answer the ___ere sent. If you fail to do so, judgment by default will be taken against you for the

___ice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature (USMS Official)

F RECEIPT OF SUMMONS AND COMPLAINT
a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)