Dear "CLERK"

RE: USDC No. 07-0091 RWR

RECEIVED
FEB 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JUDICIAL NOTICE

Please be advise of CHANGE ADDRESS, on February 5, 2007. I was transfered from U.S.P., United States Penitentiary Hazelton, WV. to:

F.C.I. GREENVILLE
P.O. Box 5000
Greenville, Illinois 62246

Further, I like an up-date DKT. docket sheet for the following above cases information to amend Affidavit etc.

Surly,

Frank A. Skinner
Reg. No. 02727-025
F.C.I. Greenville
Post Office Box 5000
Greenville, ILL. 62246