# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK A. SKINNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 07-0091(RWR) |
| | )        **ECF** |
| OFFICE OF INFORMATION AND | ) |
| PRIVACY, ET AL., | ) |
| | ) |
| Defendants. | ) |
| ———————————————— | ) |

## DEFENDANTS' MOTION FOR AN EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b), Defendants respectfully move for an extension of time from February 26, 2007, to April 26, 2007, to respond to Plaintiff's Complaint.[1]  This is a Freedom of Information Act (FOIA) case, in which *pro se* Plaintiff Frank A. Skinner seeks medical documents pertaining to himself.

There is good cause to grant this Motion.  Plaintiff's Complaint alleges that both the Office of Information and Privacy and the Federal Bureau of Prison violated the FOIA by not providing Plaintiff with the requested documents.  The undersigned is evaluating Plaintiff's Complaint and has not had an opportunity to confer with respective counsel for these two agencies.  Defendant anticipates completing the evaluation process in the next two months.  The unusually long

---

[1]  Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

1

extension is needed because of the undersigned's trial schedule.  Specifically, the undersigned has

a week-long jury trial beginning on March 5, 2007, in <u>Adams v. Mineta</u>, Civil No. 04-856 (RBW);

oral argument on a motion for summary judgment in <u>Adams v. Rice</u>, Civil No. 05-941 (EHS)

during the week of March 12th; an oral argument in the D.C. Circuit in <u>ACT v. Tobias</u>, CA 06-

5147 (D.C. Cir.) during the week of March 19th; and thereafter, the undersigned has pre-trial

preparation and another week-long trial beginning on April 16, 2007.  Given these pressing

obligations, Defendant needs the additional time to complete reviewing Plaintiff's claims to

prepare an appropriate response.

    For these reasons, the Court should grant Defendant's request for an extension of time from

February 26, 2007, to April 26, 2007, to respond to Plaintiff's Complaint.


Dated: February 23, 2007.                    Respectfully Submitted,


                                      /s/   Jeffrey A. Taylor
                                   JEFFREY A. TAYLOR, D.C. BAR # 498610
                                   United States Attorney


                                      /s/   Rudolph Contreras
                                   RUDOLPH CONTRERAS, D.C. BAR #434122
                                   Assistant United States Attorney

                                      /s/   John C. Truong
                                   JOHN C. TRUONG, D.C. BAR #465901
                                   Assistant United States Attorney
                                   555 Fourth Street, N.W.
                                   Washington, D.C.  20530
                                   (202) 307-0406

                                   Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRANK A. SKINNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 07-0091(RWR) |
| | ) **ECF** |
| OFFICE OF INFORMATION AND | ) |
| PRIVACY, ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S**
**MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including April 26, 2007, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
District Court Judge

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 23, 2007, I caused the foregoing Defendant's

Motion for an Extension of Time to be served on plaintiff *pro se*, postage prepaid, and addressed

as follows:

Mr. Frank A. Skinner
#02727-025
USP – Hazelton
P.O. Box No. 2000
Bruceton Mills, WV 26525


_____/s/_____
JOHN C. TRUONG
Assistant United States Attorney