IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
(WASHINGTON, D.C. DIVISION)

FRANK A. SKINNER    *    Civil Action No. 07-0091
   Plaintiff,           (RWR)

         *

v.                        F.R.Civ.P., RULE 15[d]
         *       Supplements.

OFFICE OF INFORMATION AND PRIVACY, et al.
   Defendants.

RECEIVED
MAR - 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## SUPPLEMENTAL PLEADING TO ABSENT MEDICAL RECORDS

Come now Frank A. Skinner in pro se for Supplemental Pleading To Absent Medical Records and state the following:

On December 17, 2006 plaintiff filed this Freedom Of Information And Privacy Act Complaint in the United States District Court District Of Columbia. Which was granted to proceed In Forma Pauperis January 3, 2007. The B.O.P., Bureau Of Prison's transfered the above inmate from U.S.P., United States Penitentiary Hazelton - maxinmum high in to F.C.I., Federal Correctional Institute Greenville - medium security February 5, 2007. Prior to these circumstances plaintiff received X-rays and or tooth abstraction by Health Care Service dental at U.S.P. Hazelton. During such particular visit September 25, 2006 the prisoner had witness some (200) pages, photo's, actual readings in the ULTRA-SOUND documentation of Monogalia General Hospital connect with the Medical Science Center conjunction to the University Of West Virginia interns, Morgantown WV. in his medical records, file. see, attached / administrative remedy grievance.

Upon arrival February 6, 2007 to F.C.I. Greenville and departure of U.S.P. Hazelton while interviewed through R.N., Registered nurse Bowen-I, Frank A. Skinner observe missing files, permits by 2/3 absent MEDICAL RECORDS. On February 9, 2007 in P.A., Patient Assistant Adesanya exam only "two sheets, signs of any hospital reports" remain. Though, previously between January 15, 2007 up until transfered; Clinical Director R. Ramirez/ Mid-Atlantic Region medical official worked in Health Care Service at U.S.P. Hazelton. Erroneously diagnosed once, again the HYDROCELE medical conclusion state: It appears to be normal.

Thus, such abnormal Testicular injury - left leg side consist that there are (2) type Hydrocele, NONCOMMUNICATING and COMMUNICATING. Further, neither is Normal Scrotum, can be symptomatic and should be fixed. The concealed information shall give an Urinologist specialist the appropriate determination.

## CONCLUSION

Plaintiff move to amend and supplement pursuant Federal Rule Civil Procedure, Rule 15(d) in a court order response. Due to facts concerning the footage on accurate copy in whole, not in part medical records for the District Court civil action No. 05-2237 (RWR). If, defendants withhold some or any parts to this file that proceedings and drastic means be fraud upon the court.

DATE: February 25, 2007

Respectfully Submitted,

Frank A. Skinner

REG. No. 02727-025
F.C.I. Greenville
Official P.O. Box 4000
Inmate Box 5000
Greenville, ILL. 62246

## CERTIFICATE OF SERVICE

I, hereby certify the information therein to be served on the following describe below through the United States Postal Service:

1. Clerk Office
   UNITED STATES DISTRICT COURT
   DISTRICT OF COLUMBIA
   U.S. Courthouse 3rd. & Constitution Ave., N.W.
   Washington, D.C. 20001

2. Daniel J. Matcalfe, Director
   OFFICE OF INFORMATION AND PRIVACY
   Flagg Building Suite 570
   Washington, D.C. 20530

3. Harley Lappin, Director
   FEDERAL BUREAU OF PRISON'S
   320 First Street, N.W.
   Washington, D.C. 20534

4. Joe Driver, Warden
   UNITED STATES PENITENTIARY HAZELTON
   Official P.O. Box 450 (Skyview)
   Bruceton Mills, WV. 26525

DATE: February 25, 2007

Frank A. [signature]
In Pro Se

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __SKINNER, FRANK A.__   __02727-025__   __H4B__   __F.C.I. GREENVILLE__
      LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A- INMATE REQUEST** On February 5, 2007 inmate above were informed after 4:00pm count that transfer will take place pack property. Though previously between January 15, 2007 up until transfered; Clinical Director R. Ramirez/Mid-Atlantic Region medical official worked in Health Care Service at U.S.P. Hazelton. The prisoner witness some (200) pages, photo's etc. in ULTRASOUND readings, documentation from [Monogalia General Hospital] connect with the Medical Science Center conjunction to the University West Virginia interns.

<u>FACT</u>
Upon arrival February 6, 2007 to FCI, Federal Correctional Institute Greenville and departure of USP, United States Penitentiary Hazelton during interview with R.N. Bowen-I, FRANK A. SKINNER observed missing files, permits by 2/3 absent MEDICAL RECORDS. On February 9, 2007 in a P.A. Adesanya visit only "two-signs of reports" remain. Erroneously the diagnosed HYDROCELE medical conclusion state: It appears to be normal. Thus, such abnormal Testicular injury - left leg side consist that there are (2) type Hydrocele, NONCOMMUNICATING and COMMUNICATING. Further, neither is Normal Scrotum, can be symptomatic and should be fixed. These concealed information shall give an URINOLOGIST specialist the appropriate determination. I seek to amend February 16, 07 complaint to Civil Action (07-0091) RWR.

__February 16, 07__                                   __Frank A. Skinner__
DATE                                                  SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____                                _____
DATE                                                  WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                            CASE NUMBER: _____

                                                      CASE NUMBER: _____
**Part C- RECEIPT**
Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____                                _____
DATE                                                  RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982



# TEXAS PEDIATRIC SURGICAL ASSOCIATES

# (832) 325-7234

## HYDROCELE

### What is a hydrocele?

A hydrocele is a collection of watery fluid around the testicle. This is a common problem in newborn males and usually goes away within the first year of life. When the testicle drops into the scrotum (about the eighth month of pregnancy), a sac (the processus vaginalis) from the abdominal cavity travels along with the testicle. Fluid can then flow to the scrotum to surround the testicle. This sac usually closes and the fluid is absorbed. When the sac closes and the fluid remains, this is called a **noncommunicating hydrocele**. This means that the scrotal sac can be compressed and the fluid will not flow back into the abdomen. This type of hydrocele is often found in newborns and the fluid will usually be absorbed with time. If the scrotal sac is compressed and the fluid slowly goes back up into the abdomen or if the hydrocele changes size, this is called a **communicating hydrocele**. This type of hydrocele usually appears smaller in the morning when the child wakes up and larger in the evening after activity. A communicating hydrocele shows that the sac or processus vaginalis is still open.



| Normal scrotum: the processus vaginalis and tunica vaginalis are obliterated and contain no fluid. | Noncommunicating hydrocele: the processus vaginalis is obliterated so no fluid can move between the abdomen and the scrotum, but the tunica vaginalis contains fluid. | Communicating hydrocele: the processus vaginalis is still open, allowing fluid to move between the abdomen and the tunica vaginalis in the scrotum. |
|---|---|---|

### When is surgery recommended for hydroceles?

Surgery is recommended if the hydrocele is still present after 12 - 18 months of age. Hydroceles that continue to get larger are symptomatic and should be fixed.

En Español

---

The information above, although based on a thorough knowledge and careful review of current medical literature, is the opinion of the doctors at Texas Pediatric Surgical Associates and is presented to inform you about surgical conditions. It is not meant to contradict any information you may receive from your personal physician and should not be used to make decisions about surgical treatment. If you have any questions about the information above or your child's care, please contact our doctors at any time by calling (713) 704-5869.

[Home Page]
[Patient Education Files]

Federal Correctional Institution
Greenville, Illinois

## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
## INFORMAL RESOLUTION FORM

NOTE TO INMATE: You are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-9 (BP-229 (13)), you MUST attempt to informally resolve your complaint through your Correctional Counselor. Briefly state ONE complaint below and list what efforts you have made to resolve your complaint informally and state the name of staff contacted.

Date Form Issued and Initials of Correctional Counselor: 2/7/07 /w/

Unit: H4-B

### INMATE'S COMMENTS:

1. Complaint: Upon arrival to F.C.I. Greenville and departure of U.S.P. Hazelton during interview with Medical Dept. Bowen - I observed missing permanent Cane permit along 2/3 absent MEDICAL RECORDS. Further, I seek to amend complaint to

2. Efforts made by you to informally resolve: Civil Action (07-0091) RWR. (THIS COMPLAINT CANNOT BE RESOLVE!!

3. Names of staff you contacted: _____

Date Returned to Correctional Counselor: _____

SKINNER, FRANK 02727-025            Frank A. Skinner 02727-025
Inmate's Printed Name & No.          Inmate's Signature, Register No., Date

### CORRECTIONAL COUNSELOR'S COMMENTS:

1. Efforts made to informally resolve and staff contacted: HSA has request records from with USP Hazelton and Managalit Memorial Hospital.

Date Informally Resolved: _____
- OR -
Date BP-9 issued: 2/15/07

/s/ Alexander
Correctional Counselor

### UNIT MANAGER'S COMMENTS:
See counselors comments

2/15/07

Distribution: If complaint is informally resolved - Forward to Associate Warden-Programs's Secretary. If complaint is NOT informally resolved - forward original attached to BP-9 form to _____