IN THE UNITED STATES DISTRICT COURT

FOR

THE DISTRICT OF COLUMBIA

**RECEIVED**

APR 13 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FRANK SKINNER

    PLAINTIFF

V.

OFFICE OF INFORMATION

AND PRIVACY, et.al

    DEFENDANTS

CIVIL ACTION No.07-0091(RWR)

Complaint support pursuant to

F.R.CIV. P. RULE 8(e)

---

## AFFIDAVIT

---

I the undersigned, FRANK A. SKINNER, FEDERAL REG. No. 02727-025 do hereby apply said Affidavit in connection to the above styled case and states the following:

(1) I'am the plaintiff, a federal prisoner confined presently at the Federal Correctional Institute Greenville in Greenville, Ill.

(2) On May 23,2005 Plaintiff personally hand V.Puri Health Care Administor, 11:30 AM (Lunchtime) a Inmate Request Form, BP-A148. 055 "COP OUT) to release his medical records at **U.S.P. HAZELTON**.

(3) The reqest went unanswered in the local Institution which is considered refuse or denied information by no response.

(4) The Plaintiff filed to Wanda M. Hunt, Chief F.O.I.A./PA unit request October $21$ 2005 on the Bureau of Prisons on Washington,D.C.

(5) The agency forward it to the Mid-Atlantic Region, Regional Counsel Richard W. Schott, Responded Releasing (15) pages responsive to the request without advising legal appeal rights.

(6) Plaintiff initial request states also, I request all reference to medical records.

(7) A second request file to Wanda M. Hunt clarify the absentia or correct any misunderstanding for falure to release these records on December 27,2005.

(8) This request was ignored after (20) twenty days and an appropriate Appeal followed.

(9) Finally, January 21, 2006 Plaintiff appeal had been filed at the office of information and Privacy No. 2006-00793

(10) On Febuary 7,2006, Priscilla Jones, Chief Administrative Staff logged No, 06-1117 process.

(11) After (10) Ten months passed, Daniel J. Matcalf, Director O.I.P. affrimed the Bureau of prisons actions to deny plaitiff's first request December 11,2006.

(12) Further,Plaintiff second request was determined January 21 2006 as a letter when both are requests.

(13) The dissatisfied action is bought under JUdicial review but the question remains that plaintiff's medical records held in custody are private files and not jst agency files,

(14) On Feb. 6, 2007 ,Plaintiff was transferred from U.S.P. Hazelton to F.C.I. Greenville.

(15) Upon arrival and interview by R.N. Bowwen, Plaintiff observed (200) pages of actual footage, Ultrasound readings, Documentation, missing medical records.

(16) **U.S.P. HAZELTON** P.A. John F. Rice the primary providers additional data were removed, consultation (referral) for M.R,I.'S Also the other provider was PA Ronald Whitener.

(17) On Feb. 27, 2007 Plaintiff filed to the District of Columbia Court  Supplemental Pleading to absent Medical records toward response in fraud upon the federal courts if the file is not released entirily.

(18)   Stan Pickett, Health Care Adminstrator of F.C.I. Greenville prepared forms signed by plaintiff and faxed to Monogalia General Hospital WV./ Federal Bureau of prison, B.O.P. on retrieval of such information, See grievance exhaustion attached.

(19) On March 27, 2007, HSA. Mr pickett, released in part medical records with missing files.

(20) Plaintiff recalled that the diagnostial ultrasound procedure cost the government $5,000 dollars through U.S.P. Hazalton Clinical director R. Ramirez, February 16, 2006.

(21) F.C.I. Greenville DR. L. Leone, Clinical Director states the absent photo's without enough transcripts will again cost the USA and taxpayers expense for another ultrasound preformed April 9, 2007 Violation to the Freedom of information and privacy Act Laws.

## DECLARATION

I, __FRANK A. SKINNER__ declare said Affidavit under penalty of perjury that the information herein is true and correct to the best of my knowledge pursuant to 28 U.S.C. 1746 and Title 18 U.S.C. § 1621.

Executed at __F.C.I. GREENVILLE__ this day __APRIL 11__, 2007.

Respectfully Submitted

*Frank A. Skinner*

FRANK A. SKINNER
Reg NO. 02727-025
P.O. Box 5000
Greenville, Ill 62246

| U.S. Department of Justice | Central Office Administrative Remedy Appeal |
|---|---|
| Federal Bureau of Prisons | |

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: **SKINNER, FRANK A.**   **02727-025**   **H4B**   **F.C.I. GREENVILLE**
        LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.       UNIT         INSTITUTION

Part A—REASON FOR APPEAL  On February 5, 2007 informed Transfer previously note between 1-15-07 until leaving; Clinical Director R. Ramirez/Mid Atlantic Region medical official worked in Health Care Service U.S.P. Hazelton. Malpractice evalurate the inmate now permenent deformity Testicular injury - left leg side as epididymitis infection where other important records has vanish. Because during 9-25-06 tooth abstraction in the Dental dept. The prisoner witness (200) pages, actual footage, photo's etc. ULTRASOUND readings perform February 16, 2006 by M. Burns, Transcriptionist, documents in his medical records from [Monogalia General Hospital]. see BP 10 without response in 30 days, move to next level 28 C.F.R. § 542.18 - BP 11 exhaustion.

**FACT**
I, Frank A. Skinner observed missing files, 2/3 absent MEDICAL RECORDS February 6, 2007 while R.N. Bowen interview the inmate at F.C.I. Greenville after departure U.S.P. Hazelton. On 2-9-07 in P.A. Adesanya sick call, only J. Longhi, DO/Professor of Surgery [University Health Associates] recommendation and P. Caruso, MD [Monogalia General Hospital] analysis report remain. A Erronous diagnosed, HYDROCELE condition that can be symptomatic and should have been fixed. Which is concealed information to an URINOLOGIST specialist. I seek release of original and or all TRANSCRIPT'S to these private medical files, not agency records abide through "special procedure" regulation. **Benavides v. U.S. Bureau of Prisons,** 301 U.S. App. D.C. (D.C. Cir. 1993) on civil action 07-0091 RWR, Third party disclosure, sent U.S. District Court from The Southern District of Illinois.    *Frank A. Skinner*

★ DATE **April 11, 2007** ★                SIGNATURE OF REQUESTER

Part B—RESPONSE

---

DATE                                          GENERAL COUNSEL
ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

Part C—RECEIPT                                CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION
SUBJECT: _____

_____        _____
        DATE                  SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN                                                       BP-231(13)
                                                              APRIL 1982

RECEIPT - ADMINISTRATIVE REMEDY

DATE: MARCH 7, 2007

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : FRANK A SKINNER JR, 02727-025
      GREENVILLE FCI     UNT: H4     QTR: D05-021L

THIS ACKNOWLEDGES THE RECEIPT OF THE REGIONAL APPEAL
IDENTIFIED BELOW:

REMEDY ID      : 443186-R1
DATE RECEIVED  : MARCH 6, 2007
RESPONSE DUE   : APRIL 5, 2007
SUBJECT 1      : MEDICAL RECORDS
SUBJECT 2      :
INCIDENT RPT NO:

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: __SKINNER, FRANK A.__    __02727-025__    __H4B__    __F.C.I. GREENVILLE__
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A—REASON FOR APPEAL On February 5, 2007 inmate above were informed after 4:00 pm count that Transfer will take place pack property. Though previously between January 15, 2007 up until transfered; Clinical Director R. Ramirez / Mid-Atlantic Region medical official worked in Health Care Service at U.S.P. Hazelton. And in fact malpractice, decide the inmate was plagued with epididymitis, deform testicles - infection. During September 25, 2006, tooth abstraction, xray in the dental Department. The prisoner witness some (200) pages, actual footage, photo's etc. ULTRASOUND readings, documentation from [Monogalia General Hospital] connection the Medical Science Center conjunction to the University Of West Virginia intern students and professional Surgeon.

FACT

Upon arrival February 6, 2007 to F.C.I. Greenville and departure U.S.P. Hazelton during interview R.N. Bowen-I, FRANK A. SKINNER observed missing files, permits by 2/3 absent MEDICAL RECORDS. On February 9, 2007, P.A. Adesanya visit only "two-signs of reports" remain. Erroneously diagnosed HYDROCELE medical conclusion: It appears to be normal. Thus, such abnormal Testicular injury-left leg side consist (2) types, NONCOMMUNICATING and COMMUNICATING. Further, neither is Normal Scrotum can be symptomatic and should be fixed. These concealed information shall give an URINOLOGIST specialist the appropriate determination. I amend or suppleme February 28, 07    this February 25, 2007 to Civil   _Frank A. Skinner_
DATE    Action (07-0091) RWR.    SIGNATURE OF REQUESTER

Part B—RESPONSE

_____    _____
DATE    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Part C—RECEIPT

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
USP LVN    DATE    Previous editions not usable    SIGNATURE RECIPIENT OF REGIONAL APPEAL    BP-230(13)
APRIL 1982

**PART B - RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY #443186-F1**

This is in response to your Request for Administrative Remedy dated February 16, 2007, in which you claim medical records are missing from your chart from USP Hazelton.

On February 23, 2007, FCI Greenville's Health Services Administrator spoke with the medical records department at USP Hazelton. The medical records staff indicated all medical records traveled with you. If any other reports arrive, the material will be mailed to FCI Greenville. The Health Services Administrator had you sign a request for medical information. This was faxed to Monongalia General Hospital in Morgantown, West Virginia. FCI Greenville's Health Services Department will add any medical information it receives to your chart.

Based on the above information, your Request for Administrative Remedy is for informational purposes. If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

_____          2/26/07
Sara M. Revell, Warden                  /Date

RECEIPT - ADMINISTRATIVE REMEDY

DATE: MARCH 7, 2007

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      GREENVILLE FCI

TO  : FRANK A SKINNER JR, 02727-025
      GREENVILLE FCI    UNT: H4    QTR: D05-021L

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 443186-F1
DATE RECEIVED   : FEBRUARY 20, 2007
RESPONSE DUE    : MARCH 12, 2007
SUBJECT 1       : MEDICAL RECORDS
SUBJECT 2       :
INCIDENT RPT NO:

- **U.S. DEPARTMENT OF JUSTICE**  
  Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **SKINNER, FRANK A.**    **02727-025**    **H4B**    **F.C.I. GREENVILLE**
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST** On February 5, 2007 inmate above were informed after 4:00pm count that transfer will take place pack property. Though previously between January 15, 2007 up until transfered; Clinical Director R. Ramirez / Mid-Atlantic Region medical official worked in Health Care Service at U.S.P. Hazelton. The prisoner witness some (200) pages, photo's etc. in ULTRASOUND readings, documentation from [Monogalia General Hospital] connect with the Medical Science Center conjunction to the University West Virginia interns.

**FACT**

Upon arrival February 6, 2007 to FCI, Federal Correctional Institute Greenville and departure of USP, United States Penitentiary Hazelton during interview with R.N. Bowen - I, FRANK A. SKINNER observed missing files, permits by 2/3 absent MEDICAL RECORDS. On February 9, 2007 in a P.A. Adesanya visit only "two-signs of reports" remain. Erroneously the diagnosed HYDROCELE medical conclusion state: It appears to be normal. Thus, such abnormal Testicular injury - left leg side consist that there are (2) type Hydrocele, NONCOMMUNICATING and COMMUNICATING. Further, neither is Normal Scrotum, can be symptomatic and should be fixed. These concealed information shall give an URINOLOGIST specialist the appropriate determination. I seek to amend February 16, 07 complaint to Civil Action (07-0091) RWR.

DATE    SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____
DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**    CASE NUMBER: _____

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982



# TEXAS PEDIATRIC SURGICAL ASSOCIATES

# (832) 325-7234

## HYDROCELE

**What is a hydrocele?**

A hydrocele is a collection of watery fluid around the testicle. This is a common problem in newborn males and usually goes away within the first year of life. When the testicle drops into the scrotum (about the eighth month of pregnancy), a sac (the processus vaginalis) from the abdominal cavity travels along with the testicle. Fluid can then flow to the scrotum to surround the testicle. This sac usually closes and the fluid is absorbed. When the sac closes and the fluid remains, this is called a **noncommunicating hydrocele**. This means that the scrotal sac can be compressed and the fluid will not flow back into the abdomen. This type of hydrocele is often found in newborns and the fluid will usually be absorbed with time. If the scrotal sac is compressed and the fluid slowly goes back up into the abdomen or if the hydrocele changes size, this is called a **communicating hydrocele**. This type of hydrocele usually appears smaller in the morning when the child wakes up and larger in the evening after activity. A communicating hydrocele shows that the sac or processus vaginalis is still open.



| Normal scrotum: the processus vaginalis and tunica vaginalis are obliterated and contain no fluid. | Noncommunicating hydrocele: the processus vaginalis is obliterated so no fluid can move between the abdomen and the scrotum, but the tunica vaginalis contains fluid. | Communicating hydrocele: the processus vaginalis is still open, allowing fluid to move between the abdomen and the tunica vaginalis in the scrotum. |
|---|---|---|

**When is surgery recommended for hydroceles?**

Surgery is recommended if the hydrocele is still present after 12 - 18 months of age. Hydroceles that continue to get larger are symptomatic and should be fixed.

En Español

The information above, although based on a thorough knowledge and careful review of current medical literature, is the opinion of the doctors at Texas Pediatric Surgical Associates and is presented to inform you about surgical conditions. It is not meant to contradict any information you may receive from your personal physician and should not be used to make decisions about surgical treatment. If you have any questions about the information above or your child's care, please contact our doctors at any time by calling (713) 704-5869.

[Home Page]
[Patient Education Files]

Federal Correctional Institution
Greenville, Illinois

## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
## INFORMAL RESOLUTION FORM

NOTE TO INMATE: You are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-9 (BP-229 (13)), you MUST attempt to informally resolve your complaint through your Correctional Counselor. Briefly state ONE complaint below and list what efforts you have made to resolve your complaint informally and state the name of staff contacted.

Date Form Issued and Initials of Correctional Counselor: 2/7/07 /LW/

Unit: H4-B

INMATE'S COMMENTS:

1. Complaint: Upon arrival to F.C.I. Greenville and departure of U.S.P. Hazelton during interview with Medical Dept. Bowen — I observed missing permanent cane permit along 2/3 absent MEDICAL RECORDS. Further, I seek to amend complaint to

2. Efforts made by you to informally resolve: Civil Action (07-0091) RWR. THIS COMPLAINT CANNOT BE RESOLVE!!

3. Names of staff you contacted: _____

Date Returned to Correctional Counselor: _____

SKINNER, FRANK 02727-025        Frank A. Skinner 02727-025
Inmate's Printed Name & No.     Inmate's Signature, Register No., Date

CORRECTIONAL COUNSELOR'S COMMENTS:

1. Efforts made to informally resolve and staff contacted: HSA has request records from both USP Hazelton and Managolit Memorial Hospital.

Date Informally Resolved: _____
   - OR -
Date BP-9 issued: 2/15/07

_____
Correctional Counselor

UNIT MANAGER'S COMMENTS:
See Counselors Comments
                                2/15/07

Distribution: If complaint is informally resolved - Forward to Associate Warden-Programs's Secretary. If complaint is NOT informally resolved - forward original attached to BP-9 form to _____