**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRANK A. SKINNER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 07-0091(RWR) |
| | )         **ECF** |
| OFFICE OF INFORMATION AND PRIVACY, ET AL., | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendants respectfully move for an extension of time from May 9, 2007, to May 16, 2007, to respond to Plaintiff's Complaint.[1] This is a Freedom of Information Act (FOIA) case, in which *pro se* Plaintiff Frank A. Skinner seeks medical documents pertaining to himself.

There is good cause to grant this Motion. Plaintiff's Complaint alleges that both the Office of Information and Privacy and the Federal Bureau of Prison ("FBP") violated the FOIA by not providing Plaintiff with the requested documents. As explained in Defendant's previous motion for an extension of time, it appears that Plaintiff's FOIA request may be moot because the FBP has already provided the documents. Due to two pressing matters this week, which require the

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

1

undersigned to devote substantial time to, the undersigned has not been able to prepare a draft response to Plaintiff's complaint for agency and supervisory review prior to filing it with the Court.

For these reasons, the Court should grant Defendant's request for an extension of time from May 9, 2007, to May 16, 2007, to respond to Plaintiff's Complaint.

Dated: May 8, 2007.                           Respectfully Submitted,


　　/s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


　　/s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

　　/s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK A. SKINNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 07-0091(RWR) |
| | ) **ECF** |
| OFFICE OF INFORMATION AND PRIVACY, ET AL., | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including May 16, 2007, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
District Court Judge

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 8, 2007, I caused the foregoing <u>Defendant's Motion for an Extension of Time</u> to be served on plaintiff *pro se*, postage prepaid, and addressed as follows:

Mr. Frank A. Skinner
#02727-025
USP – Hazelton
P.O. Box No. 2000
Bruceton Mills, WV 26525

                                       /s/
                               JOHN C. TRUONG
                               Assistant United States Attorney