## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK A. SKINNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 07-0091(RWR) |
| | )         **ECF** |
| OFFICE OF INFORMATION AND PRIVACY, ET AL., | ) |
| | ) |
| Defendants. | ) |

## AMENDED CERTIFICATE OF SERVICE

On May 8, 2007, Defendant filed a Motion For an Extension of Time Respond to Plaintiff's Complaint. See Dkt. No. 12. However, the undersigned inadvertently listed Plaintiff's old address in the Certificate of Service and also sent a copy of the said Motion to that old address.

The undersigned just discovered this inadvertent mistake and is now re-sending the Motion to Plaintiff's current address.

Dated: May 9, 2007.                                  Respectfully Submitted,


                                                                  /s/   John C. Truong
                                                                 JOHN C. TRUONG, D.C. BAR #465901
                                                                 Assistant United States Attorney
                                                                 555 Fourth Street, N.W.
                                                                 Washington, D.C.  20530
                                                                 (202) 307-0406

                                                                 Attorneys for Defendant

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 9, 2007, I caused the foregoing <u>Amended Certificate of Service</u> to be served on plaintiff *pro se*, postage prepaid, and addressed as follows:

FRANK A. SKINNER
R02727-025
GREENVILLE FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 5000
Greenville, IL 62246


_____/s/_____
JOHN C. TRUONG
Assistant United States Attorney