UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK A. SKINNER, )<br>)<br>Plaintiff, )<br>)<br>v. ) Civil No. 07-0091(RWR)<br>) ECF<br>OFFICE OF INFORMATION AND )<br>PRIVACY, ET AL., )<br>)<br>Defendants. )<br>_____ ) | |

**NOTICE RE: CONSENTING TO PROCEED
BEFORE A MAGISTRATE JUDGE**

Defendant has agreed to proceed with this matter before a Magistrate Judge for all purposes. Accordingly, Defendant, through the undersigned, has executed the Consent form. However, for the matter to be referred to a Magistrate Judge for all purposes, the Plaintiff must also consent. Accordingly, Defendant has sent a copy of the Consent form to Plaintiff for his review and approval. See Gov. Exh. A.

Dated: May 14, 2007.                    Respectfully Submitted,


                                        /s/ Jeffrey A. Taylor
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney


                                        /s/ Rudolph Contreras
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney

1

/s/ John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

**Attorneys for Defendant**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK A. SKINNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 07-0091(RWR) |
| | ) ECF |
| OFFICE OF INFORMATION AND | ) |
| PRIVACY, ET AL., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 14, 2007, I caused the foregoing Notice Re: Consenting to Proceed Before Magistrate Judge to be served on plaintiff *pro se*, postage prepaid, and addressed as follows:

Mr. Frank A. Skinner
#02727-025
USP – Hazelton
P.O. Box No. 2000
Bruceton Mills, WV 26525

                                            /s/
                                    JOHN C. TRUONG
                                    Assistant United States Attorney



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 14, 2007

VIA FIRST-CLASS MAIL

Mr. Frank A. Skinner
#02727-025
USP-Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

      Re:    <u>Skinner v. Office of Information and Privacy</u>, Civil No.: 07-091(RWR)

Dear Mr. Skinner,

      Pursuant to the provisions of 28 U.S.C. § 636(c)(3), the parties may elect to proceed, for all purposes, before a Magistrate Judge. The advantages of electing to proceed before a Magistrate Judge are described in the attached "Notice of Right to Consent to Trial Before United States Magistrate Judge." I have signed the Consent form agreeing to proceed in front of the Magistrate Judge in this matter.

      Please review the enclosed election form, entitled "Consent to Proceed Before a United States Magistrate" and, if you so elect, please sign the form and return it to me in the enclosed postage-prepaid envelope. I will file the Consent form with the Court.

                                           Sincerely,
                                           JEFFREY A. TAYLOR
                                           UNITED STATES ATTORNEY

                          By:
                                             John C. Truong
                                           Assistant United States Attorney

Enclosures

GOVERNMENT
EXHIBIT
A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRANK A. SKINNER )<br>     Plaintiff(s)      )<br>                             )<br>v.                        )  Civil Action No.: 07-0091 (RWR)<br>                             )<br>OFFICE OF INFORMATION AND )<br>PRIVACY, ET AL.,      )<br>     Defendant(s)     ) | |

**CONSENT TO PROCEED BEFORE**
**A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES**

In accordance with the provisions of 28 U.S.C. ' 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____      _____
Attorney for the Plaintiff(s)                           Date

*/s/ John C. Truong, AUSA*
_____      May 14, 2007
Attorney for the Defendant(s)                        Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United Sates Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.' 636(c)(3) and the foregoing consent of the parties.

_____      _____
United States District Judge                           Date

NOTE:   RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.