UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK A. SKINNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 07-0091(RWR) |
| | )       ECF |
| OFFICE OF INFORMATION AND PRIVACY, ET AL., | ) |
| | ) |
| Defendants. | ) |

**SECOND AMENDED CERTIFICATE OF SERVICE**

On May 8, 2007, Defendants filed a Motion For an Extension of Time Respond to Plaintiff's Complaint.  See Dkt. No. 12.  However, the undersigned inadvertently listed Plaintiff's old address in the Certificate of Service and also sent a copy of the said Motion to that old address.

The undersigned discovered this inadvertent mistake and filed an Amended Certificate of Service on May 9, 2007.  See Dkt. No. 13.  Even though that Amended Certificate listed Plaintiff's current address, the undersigned inadvertently again sent the material to Plaintiff's old address.  The undersigned just discovered this inadvertent mistake and is now sending re-sending the Motion to Plaintiff's current address.

Dated: June 8, 2007.                          Respectfully Submitted,

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorney for Defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 8, 2007, I caused the foregoing <u>Second Amended</u>

<u>Certificate of Service</u> to be served on plaintiff *pro se*, postage prepaid, and addressed as follows:

FRANK A. SKINNER
R02727-025
GREENVILLE FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 5000
Greenville, IL 62246


_____/s/_____
JOHN C. TRUONG
Assistant United States Attorney