UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK A. SKINNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 07-0091(RWR) |
| | ) **ECF** |
| OFFICE OF INFORMATION AND PRIVACY, ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**AMENDED CERTIFICATE OF SERVICE**

On May 16, 2007, Defendants filed a Motion to Dismiss or, in the alternative, Motion for Summary Judgment.  See Dkt. No. 15.  However, the undersigned inadvertently listed Plaintiff's old address in the Certificate of Service and also sent a copy of the said Notice to that old address.

The undersigned just discovered this inadvertent mistake and is now re-sending the Motion to Plaintiff's current address.

Dated:  June 8, 2007.                                  Respectfully Submitted,

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorney for Defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 8, 2007, I caused the foregoing <u>Amended Certificate of Service</u> to be served on plaintiff *pro se*, postage prepaid, and addressed as follows:

FRANK A. SKINNER
R02727-025
GREENVILLE FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 5000
Greenville, IL 62246


                                                        /s/
                                            JOHN C. TRUONG
                                            Assistant United States Attorney