UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK A. SKINNER,        )<br>                          )<br>   Plaintiff,          )<br>                          )<br>   v.                     )<br>                          )<br>OFFICE OF INFORMATION    )<br>AND PRIVACY, *et al.*,    )<br>                          )<br>   Defendants.         )<br>                          ) | Civil Action No. 07-0091 (RWR) |

**ORDER**

It is hereby

ORDERED that, by **July 13, 2007**, plaintiff shall notify the Court whether he consents to referral of this case to a Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c).

SO ORDERED.

Signed this 20th day of June 2007.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge