UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRANK A. SKINNER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-0091 (RWR) |
| OFFICE OF INFORMATION AND PRIVACY, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

On May 16, 2007, defendants filed a motion to dismiss or, in the alternative, for summary judgment. Because a ruling on the motion may have disposed of the case, plaintiff was advised in the Court's June 20, 2007 Order of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *see also Ham v.* Smith, 653 F.2d 628 (D.C. Cir. 1981). The Court ordered plaintiff to file his response to defendant's motion by July 20, 2007, and further notified him that, if he failed to file a timely response, the Court may treat defendants' motion as conceded. To date, no response has been filed.

Accordingly, it is hereby

ORDERED that defendants' motion to dismiss or, in the alternative, for summary judgment [Dkt. # 15] is GRANTED AS CONCEDED. It is further

ORDERED that this civil action is DISMISSED.

1

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Signed this 3rd day of August 2007.

                                                              /s/
                                   RICHARD W. ROBERTS
                                   United States District Judge